Southwestern Railway Company, a corporation under the laws of the State of Florida, and O. A. Buddington, Appellants, vs. The State of Florida, Appellee.

Appeal from Circuit Court, Clay county; Rhydon M. Call, Judge.

A. W. Cockrell & Son, for Appellants.

Willian B. Lamar, Attorney-General, for the State.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainants, and the defendants appeal.

Appeal dismissed on praecipe of counsel for appellants.